# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DEREK N. JARVIS | * | |
| Plaintiff | * | |
| v | * | Civil Action No. AW-10-1173 |
| STATE OF MARYLAND | * | |
| Defendant | * | |

\*\*\*

## MEMORANDUM

The above-captioned complaint was filed on May 25, 2010, together with a Motion to Proceed In Forma Pauperis. Because he appears to be indigent, Plaintiff's motion shall be granted.

The complaint fails to state a claim upon which relief may be granted. Although Plaintiff makes conclusory allegations that certain state agencies failed to take action on his allegations of discrimination by unnamed parties, there are no factual allegations in the complaint, no dates, and no explanations of what occurred to cause Plaintiff to conclude his rights were violated.[1] As such the complaint fails to comply with Fed. R. Civ. Proc. 8(a)(2) which requires a short and plain statement of the claim showing that the pleader is entitled to relief. The complaint also fails to name a person as a defendant as required by 42 U.S.C. § 1983. The State of Maryland and the agencies created by the State are not "persons" amenable to suit.

Accordingly, by separate Order which follows the Complaint will be dismissed without prejudice.

June 8, 2010

_____//s//_____
Alexander Williams, Jr.
United States District Judge

---

[1] Plaintiff repeatedly alleges he has a right to have his claims of discrimination addressed and that issuing a finding in favor of "respondent" violated his right. There is no description of the proceedings he references and there is no identification of the respondent. As such it is impossible to discern whether this case is properly before this court.